AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __OKLAHOMA__

USA

V.

**NOTICE OF HEARING**

JERRY DRAKE VARNELL

CASE NUMBER: M-17-368-STE

*GRADY COUNTY*

TYPE OF CASE:
☐ CIVIL      X CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| UNITED STATES COURTHOUSE | **COURTROOM NO. 401** |
| 200 NW 4th Street | DATE AND TIME |
| OKLAHOMA CITY, OKLAHOMA 73102-3092 | TUESDAY, NOVEMBER 21ST, 2017 @ 2:00 P.M. |

COMPETENCY AND DETENTION HEARING

SHON T ERWIN
U.S. MAGISTRATE JUDGE

November 20, 2017
DATE

s/Carrie Sims
(BY) DEPUTY CLERK