THE AMERICAN LEGAL VOYEURISTIC SOCIETY

"we like to watch"



FILED
JAN 0 8 2017
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____KR_____, DEPUTY



Douglas Antler
1206 Manor Drive
Columbus, OH 43232-1639

January 1, 2018

Clerk of Court
U.S. Courthouse
200 NW 4th Street
Oklahoma City, OK 73102

re.: Case M-17-368-STE    United States vs. Jerry Varnell

Enclosed are documents for filing in the above referenced case. Please return one date-stamped copy in the enclosed self addressed stamped envelope. Thank you.

Sincerely,

Douglas Antler

IN THE UNITED STATES COURT
For the
WESTERN DISTRICT OF OKLAHOMA

FILED
JAN 0 8 2017
CARMELITA REEDER SHI__, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____KR_____,DEPUTY

United States

Plaintiff

vs

Jerry Drake Varnell

Defendant

Case No.: M-17-368-STE

## APPEARANCE

To the Clerk of Court and all parties of record:

Enter my appearance as a private citizen party to this case having limited standing to be heard in the case, according to the attached pages of explanation.

*Douglas Antler*

Douglas Antler
U.S. Scientist
1206 Manor Drive
Columbus, Ohio 43232-1639
USA

## Notes in Justification of Appearance

1) This is to establish that Douglas Antler has limited standing to be heard in this case.

   A) Cause of Action

   1) Personal: If any rights of one person are allowed to be violated, then all rights of all persons are in jeopardy.

   2) A crime was observed being committed by the Complaintant in the Jerry Varnell case against Varnell. A citizens arrest was made. This action in the Varnell case must be treated according to law to protect the rights of the one who took the action, at his own expense, and putting himself in jeopardy. Making a citizens arrest is a common law right which is also protected by the First Ammendment Constitutional right to petition government for redress of grievances.

   A citizens arrest cannot be ignored simply because the current transient gang in control of government has their own agenda and doesn't like it.

   If the proceedings in the Varnell case violate Douglas Antler's rights, then one of the following will happen:

   A) The Federal Public Defender may file an original action in Appellate Court, acting pro bono on behalf of Douglas Antler, seeking as relief a Mandamus Order directing the Trial Court to treat the fact of citizens arrest according to law in the Varnell proceedings before it, or to vacate any actions in the Varnell case adverse to Varnell.

B) Douglas Antler has only limited standing in the Varnell case but is available to write an amicus brief detailing material already submitted and discussing additional aspects to fake evidence cases such as this including the below. This would be expect to be about 7-9 pages in length and take about a month to write.

1) Note that the FBI witchfinder Eric A. Larsen lacks legal standing to act as complaintant in this case because the witchfinder is the Devil. By definition of the term, the Devil is that which tries to provoke evil acts of others, but is not that which does the evil act itself. There is ample evidence available to show by the standard of proof required for Judicial Notice that such persons or things are the Devil and even if they only act in the role of the Devil they should be treated like the Devil in legal proceedings. The Devil speaks only for itself and lacks legal standing to prosecute legal actions which incite still others to act against the Devil's victims.

The Federal Public Defender has been provided with a starter package of material to generate a motion along the above lines to have the Court dismiss the Varnell case for reason of lack of legal standing of complaintant.

2) The complaintant ("FBI") by their action is attempting to perpetrate a fraud upon the Court by presenting their report ("complaint") on their psychological testing activity inflicted upon Jerry Varnell (to assess some liberal arts crap supposed psychological trait of "predisposition") as though it were real life instead of what it really is, an academic scientific/medical research activity subject to Scientific Controls.

Complaintant's procedures and report do not meet contemporary accepted minimum standards required to obtain meaningful results for use in legitimate venues. These methods even at best are not considered reliable enough to use for complaintant's intended purposes. No one but the complaintant, with their own agenda and vested interests, ever said, taught, or implied that they do.

Complaintant's area and manner of work activity is not intended, qualified, or approved for the purpose of deliberately trying to get other people in trouble with the law, and to profit personally at the expense of others for doing so whether successful or not.

3) The prosecution of Varnell is pointless because any action taken adverse to Varnell would violate his Eighth Ammendment Constitutional rights. If the object of the case is to inflict punishment, then any physical punishment other than fake punishment would be cruel and unusual in a case based upon fake physical evidence.

The case should be dismissed.

4) Without regard to any defense based on lack of standing of complaintant for reason of being the Devil or unqualified to testify, the prosecution fails anyway because a perfect defense for this case would be to invoke Defendant's Sixth Ammendment Constitutional right to compel production of explosive material evidence at trial. Performance by the Prosecution is required because they have testified under oath that such evidence exists, but performance is impossible because they have testified under oath that anything they submit is not explosive material.

IN THE UNITED STATES COURT
For the
WESTERN DISTRICT OF OKLAHOMA

FILED
JAN 0 8 2017
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____KR_____, DEPUTY

United States

Plaintiff

vs

Jerry Drake Varnell

Defendant

Case No.: M-17-368-STE

## APPEARANCE

To the Clerk of Court and all parties of record:

Enter my appearance as a private citizen party to this case having limited standing to be heard in the case, according to the attached pages of explanation.

Douglas Antler

Douglas Antler
U.S. Scientist
1206 Manor Drive
Columbus, Ohio 43232-1639
USA

# Notes in Justification of Appearance

1) This is to establish that Douglas Antler has limited standing to be heard in this case.

A) Cause of Action

1) Personal: If any rights of one person are allowed to be violated, then all rights of all persons are in jeopardy.

2) A crime was observed being committed by the Complaintant in the Jerry Varnell case against Varnell. A citizens arrest was made. This action in the Varnell case must be treated according to law to protect the rights of the one who took the action, at his own expense, and putting himself in jeopardy. Making a citizens arrest is a common law right which is also protected by the First Ammendment Constitutional right to petition government for redress of grievances.

A citizens arrest cannot be ignored simply because the current transient gang in control of government has their own agenda and doesn't like it.

If the proceedings in the Varnell case violate Douglas Antler's rights, then one of the following will happen:

A) The Federal Public Defender may file an original action in Appellate Court, acting pro bono on behalf of Douglas Antler, seeking as relief a Mandamus Order directing the Trial Court to treat the fact of citizens arrest according to law in the Varnell proceedings before it, or to vacate any actions in the Varnell case adverse to Varnell.

B) Douglas Antler has only limited standing in the Varnell case but is available to write an amicus brief detailing material already submitted and discussing additional aspects to fake evidence cases such as this including the below. This would be expect to be about 7-9 pages in length and take about a month to write.

1) Note that the FBI witchfinder Eric A. Larsen lacks legal standing to act as complaintant in this case because the witchfinder is the Devil. By definition of the term, the Devil is that which tries to provoke evil acts of others, but is not that which does the evil act itself. There is ample evidence available to show by the standard of proof required for Judicial Notice that such persons or things are the Devil and even if they only act in the role of the Devil they should be treated like the Devil in legal proceedings. The Devil speaks only for itself and lacks legal standing to prosecute legal actions which incite still others to act against the Devil's victims.

The Federal Public Defender has been provided with a starter package of material to generate a motion along the above lines to have the Court dismiss the Varnell case for reason of lack of legal standing of complaintant.

2) The complaintant ("FBI") by their action is attempting to perpetrate a fraud upon the Court by presenting their report ("complaint") on their psychological testing activity inflicted upon Jerry Varnell (to assess some liberal arts crap supposed psychological trait of "predisposition") as though it were real life instead of what it really is, an academic scientific/medical research activity subject to Scientific Controls.

Complaintant's procedures and report do not meet contemporary accepted minimum standards required to obtain meaningful results for use in legitimate venues. These methods even at best are not considered reliable enough to use for complaintant's intended purposes. No one but the complaintant, with their own agenda and vested interests, ever said, taught, or implied that they do.

Complaintant's area and manner of work activity is not intended, qualified, or approved for the purpose of deliberately trying to get other people in trouble with the law, and to profit personally at the expense of others for doing so whether successful or not.

3) The prosecution of Varnell is pointless because any action taken adverse to Varnell would violate his Eighth Ammendment Constitutional rights. If the object of the case is to inflict punishment, then any physical punishment other than fake punishment would be cruel and unusual in a case based upon fake physical evidence.

The case should be dismissed.

4) Without regard to any defense based on lack of standing of complaintant for reason of being the Devil or unqualified to testify, the prosecution fails anyway because a perfect defense for this case would be to invoke Defendant's Sixth Ammendment Constitutional right to compel production of explosive material evidence at trial. Performance by the Prosecution is required because they have testified under oath that such evidence exists, but performance is impossible because they have testified under oath that anything they submit is not explosive material.

— 3 of 3 —

United States of America



FILED
JAN 0 8 2017
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY ~~Antler~~ KR ,DEPUTY

By: Douglas ~~Antler~~
1206 Manor Drive
Columbus, OH 43232-1639

date  January 2, 2018

## Notice of Citizens Arrest

Of:  Eric A. Larsen
Federal Bureau of Investigation
Oklahoma Field Office

This is to notify you that you are under arrest for perjury under U.S. Code Title 18 section 1621 for knowingly giving false testimony under oath in a Court of Law in the case: M-M-368 STE United States vs Jerry Drake Varnell. The complaint document in that case speaks for itself, as the prima facie perjury is self-admitting, self-proving and inarguable; the perjury is intrinsic to the language of the document and thus indefensible in Court by introduction of other evidence or argument of any sort. The complaint purports to testify under sworn oath to the simultaneous truth of two diametrically opposite and mutually exclusive assertions; namely, that there is physical evidence material to the case which is both explosive (page 2 (3) & page 16 (23)) and nonexplosive ("inert") (page 14 (22)).

According to the charge 18 U.S. Code section 844(i) the physical material conveyed to the Defendant must have explosive qualities

- 1 of 3 -

to meet the specification of the charge, to be cognizable to the Judge such as to lawfully cause an arrest warrant to be issued thus initiating the case, while the material in question cannot be explosive because it is illegal for the complaintant or anyone to convey destructive material to another for the purpose of its being used for the destruction of another's property without that property owner's permission. Evidence obtained in this manner is illegally obtained and any use of such evidence in Court is fruits of the poisonous tree and thus inadmissible. Logically, both cannot be simultaneously true, while they would have to be both true for the prosecution to succeed.

This variety of perjury has been eloquently described in the Ohio Revised Code section 2921.11 (D), although your arrest is under the more generally stated Federal statute:

> O.R.C 2921.11 (D); "Where contradictory statements relating to the same material fact are made by the offender under oath or affirmation and within the period of the statute of limitations for perjury, it is not necessary for the prosecution to prove which statement is false, but only that one or the other was false."

You are ordered and directed to present yourself to the U.S. Marshal Service or other law enforcement agency having Federal jurisdiction for arrest processing ("booking"), or choose to wait until if and when the U.S. Marshal picks you up and brings you in. Having been served with this notice you are legally detained, and until you are booked and arraigned you are legally at large, a fugitive from the law, and thus without standing in U.S. Court. The Defendant has the Sixth Ammendment Constitutional right to compel witness from you at trial, and according to the rules of Court a witness has to be sworn in to be able to testify. The prosecution would never survive a defense challenge ("objection") of legal standing to take the oath under

- 2 of 3 -

Section 603 of the Federal Rules of Evidence if the witness is already under arrest for felony perjury in the same case and is legally at large, a fugitive from the law, resisting arrest. Since the Defendant has the Constitutional right to a speedy trial, and the case could not be tried under these circumstances without violating that right, the case would have to be dismissed as the problem is unfixable by retrial.

In case you are booked and arraigned prior to being called to testify as witness at the trial of Jerry Varnell, your legal status would revert to innocent until proven guilty, and you would have standing to testify at that time, regardless of the eventual disposition of your own case. Your credibility with the jury might be impugned however.

In case you don't think you have been arrested you may challenge the legality of the citizens arrest in Court after you have been booked and arraigned. Until that happens a Court which follows the rules will not hear your objection because as a fugitive from justice you lack legal standing to argue your case in Court. If you are successful in your case you may petition to have the citizens arrest voided and your record cleared. The U.S. Attorney may also decline to prosecute and have the Court dismiss your case.

I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 2, 2018.

*Douglas Antler*

TRACEY DOCTOR
Notary Public, State of Ohio
My Comm. Expires 08/25/2018

*Tracey M Doca*

COUNTY: FRANKLIN
STATE: OHIO

— 2 -52 —

## Certificate of Service

This is to certify that the enclosed materials were mailed on January 3, 2018, from Reynoldsburg, Ohio 43068

*Douglas Antler*