**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | M-17-368-STE |
| ) | |
| **JERRY DRAKE VARNELL,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Documents filed on January 8, 2018 submitted by Douglas Antler, entitled "Appearance", "Notes in Justification of Appearance" and "Notice of Citizens Arrest" **(ECF No. 60)** are **STRICKEN** from the record as improper pleadings.

**IT IS SO ORDERED** on January 31, 2018

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE