UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. M-17-368-STE |
| ) | |
| JERRY DRAKE VARNELL ) | |
| ) | |
| Defendant. ) | |

## ORDER

Documents filed July 3, 2018 submitted by Douglas Antler, entitled "Amicus Brief" (**ECF No. 63**) are STRICKEN from the record as an improper pleading.

**IT IS SO ORDERED** on July 6th, 2018.

_____
SHON T ERWIN
UNITED STATES MAGISTRATE JUDGE